UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SDRH SALON, LLC,

        Plaintiff,

vs.

SECURA INSURANCE, a mutual company

        Defendant.
_____/

Case No. 2:19-cv-11623
Hon. David M. Lawson

Magistrate Judge Elizabeth A. Stafford

| **RABIH HAMAWI (P80481)** | **SHELLY LEE GRIFFIN (P49488)** |
|---|---|
| **LAW OFFICE OF RABIH HAMAWI, P.C.** | **BRIAN CASEY (P23438)** |
| | **SECREST WARDLE** |
| Attorney for Plaintiff | Attorneys for Defendant |
| 2000 Town Center, Suite 1900 | 2600 Troy Center Drive, P.O. Box 5025 |
| Southfield, MI 48072 | Troy, MI 48007 |
| (248) 905-1133 | (248) 851-9500; Fax: (248) 251-1811 |
| rh@hamawilaw.com | sgriffin@secrestwardle.com |

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The above entitled cause having been amicably adjusted between the parties hereto;

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, that said cause shall and may be dismissed with prejudice and without fees or costs as to any of the parties hereto.

1

IT IS FURTHER STIPULATED AND AGREED that this dismissal resolves the last pending claim and closes the case.

| | |
|---|---|
| *s/ with consent of Rabih Hamawi* | *s/ Shelly Lee Griffin* |
| **LAW OFFICE OF RABIH HAMAWI, P.C.** | **SECREST WARDLE** |
| Attorney for Plaintiff | Attorney for Defendant |
| 2000 Town Center, Suite 1900 | 2600 Troy Center Drive |
| Southfield, MI 48072 | P.O. Box 5025 |
| (248) 905-1133 | Troy, MI 48007-5025 |
| rh@hamawilaw.com | (248) 851-9500 |
| P80481 | sgriffin@secrestwardle.com |
| | P49488 |

3