UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SDRH SALON, LLC,

        Plaintiff,                        Case Number 19-11623

v.                                                 Honorable David M. Lawson

SECURA INSURANCE, A MUTUAL
COMPANY,

        Defendant.
_____/

## ORDER OF DISMISSAL

Based on the stipulation of the parties (ECF No. 19),

It is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before July 31, 2020**.

                                                                   s/David M. Lawson
                                                                   DAVID M. LAWSON
                                                                   United States District Judge

Dated: July 1, 2020